UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS FIRST,

    Plaintiff,

    v.

CHAD F. WOLF, *et al.*,

    Defendants.

Case No.: 1:20-cv-03764-TSC

**Stipulation and Joint Motion to Extend Time for Briefing on Plaintiff's Motion for Preliminary Injunction**

The parties jointly stipulate and move the Court to set the deadline for the Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction as January 1, 2021, and to set the deadline for the Plaintiff's Reply memoranda in support of their Motion as January 4, 2021. The parties further respectfully request that any hearing the Court wishes to have on the Motion be set between January 5 and January 8, 2021, as the rule at issue currently is set to take effect on January 11, 2020.. The reasons for the Stipulation and Motion are:

    1.    Under the deadlines provided by Local Rule 65.1(c), Defendants' response is due on Tuesday, December 29, 2020.

    2.    The parties agree that the rule at issue here is complex and lengthy. The parties further agree that additional briefing time is warranted given the holidays on December 24 and 25, 2020 that fall during the Government's response period.

    3.    The parties therefore stipulate and jointly move that the Court enter an order (1) extending Defendants' time to file their Opposition to Plaintiff's Motion for Preliminary Injunction to January 1, 2021; (2) setting Plaintiff's deadline for filing their Reply memoranda in support of their Motion as January 4, 2021; and (3) scheduling a hearing for a day and time

between January 5 and January 8, 2021.

                                           Respectfully submitted,

Dated: December 23, 2020             /s/ *Christina P. Greer*
                                           CHRISTINA P. GREER
                                           Senior Litigation Counsel
                                           Office of Immigration Litigation
                                           U.S. Department of Justice, Civil Division
                                           P.O. Box 878, Ben Franklin Station
                                           Washington, DC 20044
                                           Tel.: 202-598-8770
                                           Email: christina.p.greer@usdoj.gov

                                           *Attorney for Defendants*


                                           /s/  Ana C. Reyes
                                           Ana C. Reyes (D.C. Bar No. 477354)
                                           Melinda K. Johnson (D.C. Bar No. 1620229)
                                           Emma J. Nino[1]
                                           WILLIAMS & CONNOLLY LLP
                                           725 Twelfth Street, NW
                                           Washington, DC 20005
                                           Tel: (202) 434-5000
                                           Fax: (202) 434-5029
                                           areyes@wc.com

                                           *Attorneys for Plaintiff*

---

[1] Certification to practice pursuant to LCvR 83.2(g) to be submitted; practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD F. WOLF, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-03764-TSC |

**PROPOSED ORDER**

For the reasons set forth in the parties' Stipulation and Joint Motion to Extend Time for Briefing on Plaintiff's Motion for Preliminary Injunction, the motion is hereby GRANTED.

Defendants' time to file their Opposition to Plaintiff's Motion for Preliminary Injunction is hereby extended to January 1, 2021; Defendants' time to file their Reply memoranda in support of their Motion for Preliminary Injunction is set for January 4, 2021; and a hearing is scheduled for _____.

ENTERED this ___ day of December, 2020     _____
                                              United States District Judge