IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUMAN RIGHTS FIRST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-3764 |
| | ) | |
| CHAD F. WOLF, as Acting Secretary Department of Homeland Security, *et. al.* | ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**DECLARATION OF JULIANA BLACKWELL**

I, Juliana Blackwell, make the following declaration.

1. I am the Deputy Executive Secretary, within the Office of the Executive Secretary, U.S. Department of Homeland Security (DHS). I have worked in this office since February 2007.  I am responsible for maintaining official documents approved or signed by the Secretary and Deputy Secretary of Homeland Security. I also know when a Secretary of Homeland Security vacates the office, and when a new Secretary of Homeland Security begins service as the Secretary.  This declaration is based on my personal knowledge and on information that I reviewed in the course of my official duties as an employee of DHS.

2. The document attached as Exhibit 1 is a true and correct copy of a memorandum titled "Designation of an Order of Succession for the Secretary," issued by then General Counsel John M. Mitnick and dated April 9, 2019, signed by then Secretary Kirstjen Nielsen on April 9, 2019.

3. The document attached as Exhibit 2 is a true and correct copy of DHS Delegation Number 00106, Revision Number 08.5 titled "DHS ORDERS OF SUCCESSION AND

DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS," issued December 15, 2016, and updated April 10, 2019.

4.  The document attached as Exhibit 3 is a true and correct copy of the "Amendment to the Order of Succession for the Secretary of Homeland Security" issued by then Acting Secretary Kevin K. McAleenan and dated November 8, 2019.

5.  The document attached as Exhibit 4 is a true and correct copy of an internal DHS email from then Secretary Kirstjen Nielsen titled "Farewell Message from Secretary Kirstjen M. Nielsen," announcing that April 10, 2019 was her final day at DHS and announcing that then Customs and Border Protection Commissioner Kevin McAleenan would succeed her as Acting Secretary, dated April 10, 2019.

6.  The document attached as Exhibit 5 is a true and correct copy of DHS Delegation Number 00106, Revision Number 08 titled "DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS," issued and signed by then Secretary Jeh Johnson December 15, 2016.

7.  Kirstjen Nielsen was confirmed as the Secretary of Homeland Security on December 5, 2017 and remained as the Secretary until she vacated her position on April 10, 2019.

8. Kevin K. McAleenan resigned as Acting Secretary of Homeland Security on November 13, 2019.

In accordance with 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of December, 2020 in Washington, D.C.

_____
Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security

# EXHIBIT 1



*Office of the General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528

April 9, 2019

## MEMORANDUM FOR THE SECRETARY

**FROM**:  John M. Mitnick
General Counsel

**SUBJECT**:  Designation of an Order of Succession for the Secretary

**Summary**:  Pursuant to your authority set forth in section 113 of title 6, United States Code, you have expressed your desire to designate certain officers of the Department of Homeland Security (DHS) in order of succession to serve as Acting Secretary.  Your approval of the attached document will accomplish such designation.

**Discussion**:  ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████
█████████ The redacted information contains attorney-client communications and attorney work product which is privileged and not subject to disclosure.

**Action**:  By approving the attached document, you will designate your desired order of succession for the Secretary of Homeland Security in accordance with your authority pursuant to Section 113(g)(2) of title 6, United States Code.

Approve/date_____     Disapprove/date_____

Modify/date _____     Needs discussion/date_____

Attachment:  Annex A

**Amending the Order of Succession in the Department of Homeland Security**

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Annex A of DHS Orders of Succession and Delegations of Authorities for Named Positions, Delegation No. 00106, is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A. Order for Delegation of Authority by the Secretary of the Department of Homeland Security.

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of U.S. Customs and Border Protection;

4. Administrator of the Federal Emergency Management Agency;

5. Director of the Cybersecurity and Infrastructure Security Agency;

6. Under Secretary for Science and Technology;

7. Under Secretary for Intelligence and Analysis

8. Administrator of the Transportation Security Administration;

9. Director of U.S. Immigration and Customs Enforcement;

10. Director of U.S. Citizenship and Immigration Services;

11. Under Secretary for Strategy, Policy, and Plans;

12. General Counsel;

13. Deputy Under Secretary for Management;

14. Deputy Commissioner of U.S. Customs and Border Protection;

15. Deputy Administrator of the Transportation Security Administration;

16. Deputy Director of U.S. Immigration and Customs Enforcement;

17. Deputy Director of U.S. Citizenship and Immigration Services;

18. Director of the Federal Law Enforcement Training Center.

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

# EXHIBIT 2

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.5**
**Issue Date: 12/15/2016**
**Updated Date: 04/10/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.    Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.    Succession Order/Delegation

A.    In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.    I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.    The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.    I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

1

E.      In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President.  The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998.  If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F.      For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G.      Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I.  Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H.      The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation.  Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

I.      Each Annex may be updated separately.  A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J.      The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

2

K.    Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III.   Authorities

A.    Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B.    Title 6, U.S.C., § 112 (Secretary; functions)

# IV.   Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

3

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.5, 04/10/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.5, 04/10/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1.    Deputy Secretary of Homeland Security
2.    Under Secretary for Management
3.    Commissioner of U.S. Customs and Border Protection
4.    Administrator of the Federal Emergency Management Agency
5.    Director of the Cybersecurity and Infrastructure Security Agency
6.    Under Secretary for Science and Technology
7.    Under Secretary for Intelligence and Analysis
8.    Administrator of the Transportation Security Administration
9.    Director of U.S. Immigration and Customs Enforcement
10.   Director of U.S. Citizenship and Immigration Services
11.   Under Secretary for Strategy, Policy, and Plans
12.   General Counsel
13.   Deputy Under Secretary for Management
14.   Deputy Commissioner of U.S. Customs and Border Protection
15.   Deputy Administrator of the Transportation Security Administration
16.   Deputy Director of U.S. Immigration and Customs Enforcement
17.   Deputy Director of U.S. Citizenship and Immigration Services
18.   Director of the Federal Law Enforcement Training Centers

Delegation # 00106
Revision # 08.5

ANNEX B
ISSUE DATE: 04/10/2019        APPROVAL: 04/10/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Deputy Secretary, Office of the** | |
| 1    Deputy Secretary | S |
| 2    Under Secretary for Management* | S |
| 3    Administrator, Transportation Security Administration | S |
| 4    Administrator, Federal Emergency Management Agency | S |
| 5    Under Secretary, National Programs and Protection Directorate | S |
| 6    Under Secretary, Science and Technology | S |
| 7    Under Secretary, Intelligence and Analysis | S |
| 8    Commissioner, U.S. Customs and Border Protection | S |
| 9    Director, U.S. Immigration and Customs Enforcement | S |
| 10   Director, U.S. Citizenship and Immigration Services | S |
| 11   Under Secretary, Office of Strategy, Policy, and Plans | S |
| 12   General Counsel | S |
| 13   Deputy Under Secretary for Management | C |
| 14   Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15   Deputy Administrator, Transportation Security Administration | C |
| 16   Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17   Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18   Director, Federal Law Enforcement Training Centers | C |

Delegation # 00106
Revision # 08.5

ANNEX C
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Citizenship and Immigration Services Ombudsman** | |
| 1  Ombudsman | N |
| 2  Deputy Director | C |
| 3  Senior Advisor | L |
| 4  Chief of Staff | C |
| 5  Director of Operations | C |
| 6  Chief of Casework | C |

C-1

ANNEX D
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| | Citizenship and Immigration Services, United States | |
|---|---|---|
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

Delegation # 00106
Revision # 06

ANNEX E
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:-------------:|
| **Civil Rights and Civil Liberties, Office for** | |
| 1    Civil Rights and Civil Liberties Officer | P |
| 2    Deputy Officer, Programs and Compliance | C |
| 3    Deputy Officer, Equal Employment Opportunity Programs | C |
| 4    Executive Officer | C |

E-1

ANNEX F
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| | Coast Guard, United States | |
|---|---|---|
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

F-1

ANNEX G
ISSUE DATE: 05/21/2018          APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| Countering Weapons of Mass Destruction Office | |
|---|---|
| 1   Assistant Secretary | P |
| 2   Deputy Assistant Secretary | C |
| 3   Chief of Staff | C |
| 4   Deputy Director, Domestic Nuclear Detection Office | C |
| 5   Deputy Director, Office of Health Affairs | C |

G-1

ANNEX H
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| Customs and Border Protection, United States | |
|---|---|
| 1   Commissioner | S |
| 2   Deputy Commissioner* | C |
| 3   Executive Assistant Commissioner, Office of Field Operations | C |
| 4   Chief, U.S. Border Patrol | C |
| 5   Executive Assistant Commissioner, Air and Marine Operations | C |
| 6   Executive Assistant Commissioner, Trade | C |
| 7   Executive Assistant Commissioner, Operations Support | C |
| 8   Executive Assistant Commissioner, Enterprise Services | C |

H-1

ANNEX I
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| Executive Secretariat | | |
|---|---|---|
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

I-1

ANNEX J
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                        Career Status

| | Federal Emergency Management Agency | |
|---|---|---|
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

J-1

Delegation # 00106
Revision # 06

ANNEX K
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                         Career Status

| | Federal Law Enforcement Training Centers | |
|---|---|---|
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

K-1

ANNEX L
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|---------------|
| **General Counsel, Office of the** | |
| 1    General Counsel | S |
| 2    Principal Deputy General Counsel* | C |
| 3    Deputy General Counsel        [Senior ranking by time in position and in DHS][1] | N |
| 4    Deputy General Counsel        [Senior ranking by time in position and in DHS] | N |
| 5    Deputy General Counsel        [Senior ranking by time in position and in DHS] | N |
| 6    Chief of Staff | C |
| 7    Associate General Counsel, Operations and Enforcement | C |
| 8    Associate General Counsel, General Law | C |
| 9    Chief Counsel, Transportation Security Administration | C |
| 10   Chief Counsel, Federal Law Enforcement Training Center | C |

---

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position.  In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

Delegation # 00106
Revision # 06

ANNEX M
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                            Career Status

| Immigration and Customs Enforcement, United States | |
|---|---|
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director,  Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

Delegation # 00106
Revision # 06

ANNEX N
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:---:|
| **Inspector General, Office of** | |
| 1  Inspector General | S |
| 2  Deputy Inspector General* | C |
| 3  Counsel to the Inspector General | C |
| 4  Assistant Inspector General, Audits | C |
| 5  Assistant Inspector General, Inspections | C |
| 6  Assistant Inspector General, Emergency Management Oversight | C |

Delegation # 00106
Revision # 06

ANNEX O
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                        Career Status

| | Intelligence and Analysis, Office of | |
|---|---|---|
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

O-1

ANNEX P
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Legislative Affairs, Office of** | |
| 1   Assistant Secretary for Legislative Affairs | P |
| 2   Deputy Assistant Secretary (Senate) | N |
| 3   Deputy Assistant Secretary (House) | N |
| 4   Chief of Staff | C |
| 5   Director, Management Team | C |
| 6   Director, FEMA Team | C |
| 7   Director, Borders and Immigration | C |

P-1

Delegation # 00106
Revision # 06

ANNEX Q
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Management Directorate** | |
| 1  Under Secretary for Management | S |
| 2  Deputy Under Secretary for Management* | C |
| 3  Chief Financial Officer | S |
| 4  Chief Information Officer | P |
| 5  Chief Human Capital Officer | C |
| 6  Chief Procurement Officer | C |
| 7  Chief Readiness Support Officer | C |
| 8  Chief Security Officer | C |
| 9  Chief of Staff | C |
| 10  Deputy Director, Federal Law Enforcement Training Center | C |

Q-1

ANNEX R
ISSUE DATE: 07/11/2017          APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **National Protection and Programs Directorate** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

R-1

ANNEX S
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|---------------|
| **Operations Coordination, Office of** | |
| 1   Director | C |
| 2   Deputy Director | C |
| 3   Director, Current Operations Division | C |
| 4   Director, National Operations Center | C |
| 5   Chief of Staff | C |

S-1

ANNEX T
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Partnership and Engagement, Office of** | |
| 1   Assistant Secretary | N |
| 2   Assistant Secretary for State and Local Law Enforcement | N |
| 3   Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4   Deputy Assistant Secretary, Private Sector Office | N |
| 5   Director of Local Affairs | C |

T-1

ANNEX U
ISSUE DATE: 2/15/2019          APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:---:|
| **Strategy, Policy, & Plans, Office of** | |
| 1    Under Secretary | S |
| 2    Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3    Deputy Under Secretary | C |
| 4    Assistant Secretary for International Affairs | N |
| 5    Assistant Secretary for Threat Prevention and Security Policy | N |
| 6    Assistant Secretary for Border, Immigration, and Trade | N |
| 7    Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8    Deputy Assistant Secretary for Screening Coordination Office | C |
| 9    Deputy Assistant Secretary for International Affairs | C |

U-1

ANNEX V
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| Privacy Officer, Chief | |
| --- | --- |
| 1    Chief Privacy Officer | N |
| 2    Deputy Chief Privacy Officer | C |
| 3    Deputy Chief FOIA Officer | C |
| 4    Senior Director, Privacy Compliance | C |
| 5    Chief of Staff | C |

V-1

ANNEX W
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| Public Affairs, Office of | |
|---|---|
| 1    Assistant Secretary | P |
| 2    Principal Deputy Assistant Secretary | C |
| 3    Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4    Deputy Assistant Secretary for Strategic Communications | N |
| 5    Director of Communications | N |
| 6    Chief of Staff | C |
| 7    Director, Incident Communications | C |

W-1

Delegation # 00106
Revision # 06

ANNEX X
ISSUE DATE: 1/19/2017          APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| | Science and Technology | |
|---|---|---|
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

X-1

ANNEX Y
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| | Secret Service, United States | |
|---|---|---|
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director -  Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) -  Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

Delegation # 00106
Revision # 06

ANNEX Z
ISSUE DATE: 10/23/2018          APPROVAL: 10/23/2018

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Transportation Security Administration** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

ANNEX AA
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL
APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | Career Status |
|---|---|
| **Chief Financial Officer (DHS)** | |
| 1      Chief Financial Officer | S |
| 2      Deputy Chief Financial Officer* | C |

AA-1

ANNEX AB
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                                      Career Status

| | Deputy Administrator, Federal Emergency Management Agency (FEMA) | |
|---|---|---|
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

AB-1

ANNEX AC
ISSUE DATE: 09/14/2016          APPROVAL: 09/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL
APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

AC-1

EXHIBIT 3

**Amendment to the Order of Succession for the Secretary of Homeland Security**

Section II.A of DHS Delegation No. 00106, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, is amended hereby to state as follows: "In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A."

By the authority vested in me as Secretary of Homeland Security, including the Homeland Security Act of 2002, 6 U.S.C. § 113(g)(2), I hereby designate the order of succession for the Secretary of Homeland Security by amending Annex A of DHS *Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106. Annex A is hereby amended by striking the text of such Annex in its entirety and inserting the following in lieu thereof:

Annex A, Order for Delegation of Authority by the Secretary of the Department of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Commissioner of the U.S. Customs and Border Protection;

4. Under Secretary for Strategy, Policy, and Plans;

5. Administrator and Assistant Secretary of the Transportation Security Administration;

6. Administrator of the Federal Emergency Management Agency;

No individual who is serving in an office herein listed in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this designation.

Dated: 11/08/19

Kevin K. McAleenan
Acting Secretary of Homeland Security

# EXHIBIT 4

**Blackwell, Juliana**

| | |
|---|---|
| **From:** | Office of the Secretary <OfficeoftheSecretary@HQ.DHS.GOV> |
| **Sent:** | Wednesday, April 10, 2019 4:35 PM |
| **Subject:** | Farewell Message from Secretary Kirstjen M. Nielsen |



April 10, 2019

**Farewell Message from Secretary Kirstjen M. Nielsen**

As you know, I submitted my resignation to the President earlier this week. Today is my final day at the Department. For nearly two years, I've had the honor to work alongside a talented, dedicated workforce. You serve with professionalism, respect, and determination in fulfilling DHS' important missions. The commitment you make day in and out – securing the land air and sea domains, preventing terrorism, administrating immigration laws, ensuring disaster resilience, safeguarding our cybersecurity landscape and infrastructure, and so much more – is awe inspiring.

Your work is vital to making every American safer, and as I leave you, know that I'll always admire what you've done to defend our way of life. Customs and Border Protection (CBP) Commissioner Kevin McAleenan will now lead DHS as your Acting Secretary. Kevin has led the Department's largest component for two years and his qualifications and experience will be instrumental in overseeing the crisis at our nation's borders. I have full confidence in Kevin's ability to carry out the DHS mission of safeguarding the American people, our homeland, and our values. Please join me in welcoming Kevin as the Acting Secretary.

To each of you I am eternally grateful for your service and could not be prouder to have served alongside you. Thank you for your devotion and sacrifice. God bless each of you and your families, and God bless this great country.

Warmest regards,

Kirstjen M. Nielsen
Secretary of Homeland Security

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*

# EXHIBIT 5

**Department of Homeland Security**
**DHS Delegation Number: 0106**
**Revision Number: 08**
**Issue Date: 12/15/2016**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.    Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.    Succession Order/Delegation

A.    In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the orderly succession of officials is governed by Executive Order 13753, amended on December 9, 2016.

B.    I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.    The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AD.

D.    I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AD to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E.      In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President.  The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998.  If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F.      For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G.      Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AD are eligible, subject to modification in accordance with Section II.I.  Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H.      The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation.  Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

I.      Each Annex may be updated separately.  A Component head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J.      The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AD.

2

K.      Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III.   Authorities

A.      Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B.      Title 6, U.S.C., § 112 (Secretary; functions)

# IV.   Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

Jeh Charles Johnson
Secretary of Homeland Security

Dec 15 2016
Date

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 06, 12/15/2016 |
| Annex B | Deputy Secretary, Office of the | Revision 06, 09/14/2016 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 06, 09/14/2016 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Customs and Border Protection, United States | Revision 06, 09/14/2016 |
| Annex H | Domestic Nuclear Detection Office | Revision 06, 09/14/2016 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Health Affairs, Office of | Revision 06, 09/14/2016 |
| Annex N | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex O | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex P | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex Q | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex R | Management Directorate | Revision 06, 09/14/2016 |
| Annex S | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex T | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex U | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex V | Policy, Office of | Revision 06, 09/14/2016 |
| Annex W | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex X | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Y | Science and Technology | Revision 07, 01/19/2017 |
| Annex Z | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex AA | Transportation Security Administration | Revision 08, 07/11/2017 |
| Annex AB | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AC | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AD | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Executive Order 13753 (December 9, 2016)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Administrator of the Federal Emergency Management Agency
4. Under Secretary for National Protection and Programs
5. Under Secretary for Science and Technology
6. Under Secretary for Intelligence and Analysis
7. Commissioner of U.S. Customs and Border Protection
8. Administrator of the Transportation Security Administration
9. Director of U.S. Immigration and Customs Enforcement
10. Director of U.S. Citizenship and Immigration Services
11. Assistant Secretary for Policy
12. General Counsel
13. Deputy Under Secretary for Management
14. Deputy Commissioner of U.S. Customs and Border Protection
15. Deputy Administrator of the Transportation Security Administration
16. Deputy Director of U.S. Immigration and Customs Enforcement
17. Deputy Director of U.S. Citizenship and Immigration Services
18. Director of the Federal Law Enforcement Training Center

Delegation # 0106
Revision # 08

ANNEX B
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Deputy Secretary, Office of the** | |
| 1    Deputy Secretary | S |
| 2    Under Secretary for Management* | S |
| 3    Administrator, Federal Emergency Management Agency | S |
| 4    Under Secretary, National Programs and Protection Directorate | S |
| 5    Under Secretary, Science and Technology | S |
| 6    Under Secretary, Intelligence and Analysis | S |
| 7    Commissioner, U.S. Customs and Border Protection | S |
| 8    Assistant Secretary/Administrator, Transportation Security Administration | S |
| 9    Assistant Secretary, U.S. Immigration and Customs Enforcement | S |
| 10   Director, U.S. Citizenship and Immigration Services | S |
| 11   Assistant Secretary, Office of Policy | S |
| 12   General Counsel | S |
| 13   Deputy Under Secretary for Management | C |
| 14   Deputy Commissioner, U.S. Customs and Border Protection | C |
| 15   Deputy Administrator, Transportation Security Administration | C |
| 16   Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 17   Deputy Director, U.S. Citizenship and Immigration Services | C |
| 18   Director, Federal Law Enforcement Training Center | C |

Delegation # 0106
Revision # 08

ANNEX C
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:---:|
| **Citizenship and Immigration Services Ombudsman** | |
| 1   Ombudsman | N |
| 2   Deputy Director | C |
| 3   Senior Advisor | L |
| 4   Chief of Staff | C |
| 5   Director of Operations | C |
| 6   Chief of Casework | C |

C-1

ANNEX D
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| | Citizenship and Immigration Services, United States | |
|---|---|---|
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Associate Director, Management Directorate | C |
| 4 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 5 | Associate Director, Service Center Operations Directorate | C |
| 6 | Associate Director, Field Operations Directorate | C |
| 7 | Director, National Benefits Center | C |

D-1

ANNEX E
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Civil Rights and Civil Liberties, Office for** | |
| 1   Civil Rights and Civil Liberties Officer | P |
| 2   Deputy Officer, Programs and Compliance | C |
| 3   Deputy Officer, Equal Employment Opportunity Programs | C |
| 4   Executive Officer | C |

E-1

ANNEX F
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                        Career Status

| | Coast Guard, United States | |
|---|---|---|
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

F-1

ANNEX G
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| | **Customs and Border Protection, United States** | |
|---|---|---|
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Executive Assistant Commissioner, Office of Field Operations | C |
| 4 | Chief, U.S. Border Patrol | C |
| 5 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 6 | Executive Assistant Commissioner, Trade | C |
| 7 | Executive Assistant Commissioner, Operations Support | C |
| 8 | Executive Assistant Commissioner, Enterprise Services | C |

G-1

ANNEX H
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| | Domestic Nuclear Detection Office | |
|---|---|---|
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Assistant Director, Assessments Directorate | C |
| 4 | Assistant Director, Operations Support Directorate | C |
| 5 | Chief of Staff | C |
| 6 | Assistant Director, Transformational and Applied Research | C |

Delegation # 0106
Revision # 08

ANNEX I
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Executive Secretariat** | |
| 1   Executive Secretary | N |
| 2   Deputy Executive Secretary | C |
| 3   Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

I-1

ANNEX J
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                              Career Status

| Federal Emergency Management Agency | |
|---|---|
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

Delegation # 0106
Revision # 08

ANNEX K
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Federal Law Enforcement Training Center** | |
| 1  Director | C |
| 2  Deputy Director for Training | C |
| 3  Deputy Director for Management | C |
| 4  Assistant Director, Mission and Readiness Support | C |
| 5  Assistant Director, Regional and International Training | C |
| 6  Assistant Director, Chief Financial Officer | C |
| 7  Assistant Director, Glynco Training | C |
| 8  Assistant Director, Centralized Training Management | C |
| 8  Assistant Director, Washington Operations | C |
| 9  Assistant Director, Chief Information Officer | C |
| 10  Chief of Staff | C |

K-1

ANNEX L
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **General Counsel, Office of the** | | |
| 1 | General Counsel | S |
| 2 | Principal Deputy General Counsel* | C |
| 3 | Deputy General Counsel          [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel          [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel          [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | C |
| 7 | Associate General Counsel, Operations and Enforcement | C |
| 8 | Associate General Counsel, General Law | C |
| 9 | Chief Counsel, Transportation Security Administration | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | C |

---

[1]  For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position.  In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

L-1

ANNEX M
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Health Affairs, Office of** | | |
| 1 | Assistant Secretary for Health Affairs and Chief Medical Officer | P |
| 2 | Principal Deputy Assistant Secretary and Deputy Chief Medical Officer | C |
| 3 | Associate Chief Medical Officer and Division Director, Workforce Health and Medical Support | C |
| 4 | Deputy Assistant Secretary and Division Director, Health Threats Resilience | C |

Delegation # 0106
Revision # 08

ANNEX N
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| | Immigration and Customs Enforcement, United States | |
|---|---|---|
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director,  Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

Delegation # 0106
Revision # 08

ANNEX O
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                                    Career Status

| | Inspector General, Office of | |
|---|---|---|
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

Delegation # 0106
Revision # 08

ANNEX P
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| | Intelligence and Analysis, Office of | |
|---|---|---|
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

Delegation # 0106
Revision # 08

ANNEX Q
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Legislative Affairs, Office of** | |
| 1    Assistant Secretary for Legislative Affairs | P |
| 2    Deputy Assistant Secretary (Senate) | N |
| 3    Deputy Assistant Secretary (House) | N |
| 4    Chief of Staff | C |
| 5    Director, Management Team | C |
| 6    Director, FEMA Team | C |
| 7    Director, Borders and Immigration | C |

Q-1

ANNEX R
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|---------------|
| **Management Directorate** | |
| 1    Under Secretary for Management | S |
| 2    Deputy Under Secretary for Management* | C |
| 3    Chief Financial Officer | S |
| 4    Chief Information Officer | P |
| 5    Chief Human Capital Officer | C |
| 6    Chief Procurement Officer | C |
| 7    Chief Readiness Support Officer | C |
| 8    Chief Security Officer | C |
| 9    Chief of Staff | C |
| 10   Deputy Director, Federal Law Enforcement Training Center | C |

R-1

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **National Protection and Programs Directorate** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary for NPPD* | N |
| 3 | Assistant Secretary, Office of Infrastructure Protection | P |
| 4 | Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5 | Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6 | Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7 | Director, Management | C |
| 8 | Office of Infrastructure Protection, Regional Director for Region 8 | C |

ANNEX T
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:---:|
| **Operations Coordination, Office of** | |
| 1    Director | C |
| 2    Deputy Director | C |
| 3    Director, Current Operations Division | C |
| 4    Director, National Operations Center | C |
| 5    Chief of Staff | C |

Delegation # 0106
Revision # 08

ANNEX U
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Partnership and Engagement, Office of** | |
| 1    Assistant Secretary | N |
| 2    Assistant Secretary for State and Local Law Enforcement | N |
| 3    Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4    Deputy Assistant Secretary, Private Sector Office | N |
| 5    Director of Local Affairs | C |

U-1

ANNEX V
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Policy, Office of** | | |
| 1 | Assistant Secretary | S |
| 2 | Assistant Secretary for International Affairs and Chief Diplomatic Officer* | N |
| 3 | Principal Deputy Assistant Secretary | N |
| 4 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 5 | Assistant Secretary for Border, Immigration, and Trade | N |
| 6 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 7 | Assistant Secretary for Strategy, Plans, Analysis, and Risk | C |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

V-1

ANNEX W
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| Privacy Officer, Chief | | |
|---|---|---|
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

W-1

Delegation # 0106
Revision # 08

ANNEX X
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| **Public Affairs, Office of** | |
|---|---|
| 1   Assistant Secretary | P |
| 2   Principal Deputy Assistant Secretary | C |
| 3   Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4   Deputy Assistant Secretary for Strategic Communications | N |
| 5   Director of Communications | N |
| 6   Chief of Staff | C |
| 7   Director, Incident Communications | C |

Delegation # 0106
Revision # 08

ANNEX Y
ISSUE DATE: 1/19/2017          APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                                 Career Status

| | Science and Technology | |
|---|---|---|
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

Delegation # 0106
Revision # 08

ANNEX Z
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|---------------|

| **Secret Service, United States** | | |
|---|---|---|
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director - Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) - Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

ANNEX AA
ISSUE DATE: 07/11/2017          APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Transportation Security Administration** | |
| 1   Assistant Secretary/ Administrator | S |
| 2   Deputy Administrator* | C |
| 3   Chief of Staff | C |
| 4   Chief of Operations | C |
| 5   Assistant Administrator, Office of Security Operations | C |
| 6   Assistant Administrator, Office of Law Enforcement/Federal Air Marshal Service | C |
| 7   Assistant Administrator, Office of Global Strategies | C |
| 8   Regional Director, Atlanta, Office of Security Operations | C |
| 9   Regional Director, Dallas, Office of Security Operations | C |
| 10  Federal Security Director, Denver International Airport | C |
| 11  Federal Air Marshal/Supervisory Air Marshal in Charge, Los Angeles | |

Delegation # 0106
Revision # 08

ANNEX AB
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL
APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | Career Status |
|---|---|
| **Chief Financial Officer (DHS)** | |
| 1    Chief Financial Officer | S |
| 2    Deputy Chief Financial Officer* | C |

AB-1

ANNEX AC
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                                Career Status

| | Deputy Administrator, Federal Emergency Management Agency (FEMA) | |
|---|---|---|
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

AC-1

ANNEX AD
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL
APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                      Career Status

| | Protection and National Preparedness (FEMA) | |
|---|---|---|
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

AD-1