UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST, <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-3764-TSC |

**JOINT STATUS REPORT**

## JOINT STATUS REPORT

In accordance with this Court's January 7, 2021, order instructing the parties to "meet, confer and file a joint status report informing the court whether the Defendants will agree to stay implementation of the challenged regulations," the parties met and conferred by email and submit this joint status report. Defendants decline to delay implementation of the regulation at issue in this case.

Respectfully submitted,

Dated: January 8, 2021

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

*Counsel for Defendants*

By: */s/ Ana C. Reyes*
Ana C. Reyes
Melinda K. Johnson
Emma J. Nino[1]
Helen E. White[2]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
areyes@wc.com

*Counsel for Plaintiff*

---

[1] Practice pursuant to LCvR 83.2(g) and supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

[2] Certification to practice pursuant to LCvR 83.2(g) to be submitted; practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).