UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Human Rights First**,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>)<br>**CHAD F. WOLF**, *as Acting Secretary, U.S.*   )<br>*Department of Homeland Security*, et al.   )<br>)<br>)<br>Defendants.   )<br>) | Civil Action No. 20-cv-3764 (TSC) |

## ORDER

Plaintiff has moved for a preliminary injunction, claiming that a proposed set of regulations issued by both DOJ and DHS are invalid because, among other things, DHS Acting Secretary Wolf was not properly installed. Defendants argue that "even if this Court credits the appointment argument, that does not undermine or impact the rule issued by the Attorney General" which "set forth the substantive asylum provisions control irrespective of the validity of the DHS rule." (ECF No. 8, Defs. Br. at 45.) Plaintiff responds that "[t]he Agencies' failures to appoint officials with authority to act, to act within their statutory delegated authority, and to abide by the APA's reasoned decision-making requirements on fundamental aspects of the Rule all infect the Rule as a whole." (ECF No. 9, Pls. Reply at 25.)

Neither side has provided any legal authority for their assertions. Therefore, by 8:00 am on Saturday January 8, 2021, Defendants shall file a supplemental brief of no longer than 10 pages, and by 5:00 pm on Saturday January 8, 2021, Plaintiff shall file a reply of no more than

10 pages, addressing the issue, including how a ruling in Plaintiffs' favor on the DHS appointment issue will affect the validity and implementation of the rule, and providing legal authority for their positions.  Because both parties' current briefs violate Local Rule 5.1(d), both parties shall ensure that their briefs meet the requirements of the court's local rules, including double spacing text, avoiding excessive footnotes, and 12-point font for footnotes.

Date:  January 8, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge