UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>Plaintiff,<br><br> v.<br><br>CHAD F. WOLF, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-3764-TSC |

**NOTICE**

**NOTICE**

Defendants respectfully notify the Court and Plaintiff that on January 11, 2021, Acting Secretary of Homeland Security Chad Wolf designated a new order of succession for the position of Acting Secretary pursuant to 6 U.S.C. § 113(g)(2). *See* https://www.dhs.gov/sites/default/files/publications/20_0111_order-of-succession-secretary-of-homeland-security.pdf. Peter T. Gaynor, the Senate-confirmed Administrator of the Federal Emergency Management Agency, is the most senior official in that order of succession. Although Mr. Wolf is no longer Acting Secretary, he retains his Senate-confirmed position as Under Secretary for Strategy, Policy, and Plans.

The Department of Homeland Security's (DHS) website states that "[o]n January 11, 2021, Peter T. Gaynor was designated as Acting Secretary of Homeland Security." https://www.dhs.gov/person/peter-t-gaynor. On January 15, 2021, DHS submitted notice to Congress that Mr. Gaynor began serving as Acting Secretary on January 12, 2021. *See* Ex. A. On January 12, 2021, Mr. Gaynor exercised his authority as Acting Secretary to issue an order delegating certain of the Secretary's authorities to Mr. Wolf in his capacity as Under Secretary for Strategy, Policy, and Plans, expressly including the authority to "ratify any prior regulatory actions of the Department of Homeland Security." *See* https://www.dhs.gov/sites/default/files/publications/20_0112_delegation-23028-final-rules-regulations-other-matters.pdf. Subsequently on January 14, 2021, Mr. Wolf issued an order "affirm[ing] and ratify[ing] any and all regulatory actions involving delegable duties that I have taken from November 13, 2019, through January 11, 2021," which includes the Rule at issue in this case. *See* https://www.dhs.gov/sites/default/files/publications/20_0113_undersecretary-wolf-ratification-delegable-prior-actions.pdf.

2

Dated:  January 19, 2021               Respectfully submitted,

                      By:    */s/ Christina P. Greer*
                            CHRISTINA P. GREER
                            Senior Litigation Counsel
                            Office of Immigration Litigation
                            U.S. Department of Justice, Civil Division
                            450 5th Street NW
                            Washington, DC 20530
                            Tel. (202) 598-8770
                            Christina.P.Greer@usdoj.gov

                            *Counsel for Defendants*