UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[1] *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-3764-TSC |

**JOINT STIPULATION TO HOLD CASE IN ABEYANCE**

---

[1] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party

## STIPULATION

On January 28, 2021, the Court ordered the parties to meet and confer and file a joint status report no later than March 5, 2021 addressing the following: "1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to stay this action for any reason, including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order." The parties have met and conferred by email and agree that these proceedings, including the pending motion for preliminary injunction, should be held in abeyance, as long as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 3:20-cv-09253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 3:20-cv-09258-JD (N.D. Cal. Jan. 8, 2021), remains in place. Both *Pangea Legal Servs.* and *Immigration Equality* are stayed pending further order, and a status report is due April 19, 2021.

The parties seek an abeyance because the Rule at issue in this case is currently under review by the Departments, and holding this case in abeyance will allow incoming Department leadership time to consider the issues in this case and to review the Rule. The parties further propose to submit a status report to the Court within 90 days, updating the Court on the status of the Rule. This Joint Stipulation is without prejudice to either side requesting, prior to the filing of the 90 day status report, to have the case recalendared.

Respectfully submitted,

By:   */s/ Ana C. Reyes*  
     Ana C. Reyes  
     Melinda K. Johnson  
     Emma J. Nino[†]

By:   */s/ Christina P. Greer*  
     CHRISTINA P. GREER  
     Senior Litigation Counsel  
     U.S. Department of Justice, Civil Division

---

[†] Practice pursuant to LCvR 83.2(g) and supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

| | |
|---|---|
| Helen E. White[‡]<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>areyes@wc.com<br><br>*Counsel for Plaintiff* | P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8770<br>Christina.P.Greer@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: February 5, 2021

---

[‡] Certification to practice pursuant to LCvR 83.2(g) to be submitted; practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

2