UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[1] *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-3764-TSC |

**JOINT STATUS REPORT**

---

[1] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party

**REPORT**

On May 7, 2021, the Court continued the stay entered in this case on February 5, 2021, and ordered the parties to file a joint status report by August 9, 2021, and every 30 days thereafter. The parties have met and conferred by email and agree that these proceedings should remain stayed, as long as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 3:20-cv-09253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 3:20-cv-09258-JD (N.D. Cal. Jan. 8, 2021), remains in place. Both *Pangea Legal Servs.* and *Immigration Equality* are stayed pending further order, and a status report is due September 20, 2021.

The parties request that the case remain stayed because the Rule at issue in this case is currently under review by the Departments of Justice and Homeland Security. The Departments have made progress on their review, which remains ongoing. As noted in the Unified Agenda, the Departments are working on Notices of Proposed Rulemaking that will address several of the topics addressed in the Global Asylum Rule: https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB13, and https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB14. The agencies have also recently published a Notice of Proposed Rulemaking that will affect some of the provisions in the Rule at issue here relating to the credible fear process: https://www.federalregister.gov/documents/2021/08/20/2021-17779/procedures-for-credible-fear-screening-and-consideration-of-asylum-withholding-of-removal-and-cat.

Continuing the stay here will provide the Departments time to conduct their review of the Rule at issue in this case and proceed with the above-noted rulemakings. Per the Court's May 7, 2021 Order, the parties will submit a status report within 30 days—by October 8, 2021—updating

the Court on the status of the Rule. This request is without prejudice to either side requesting, prior to the filing of the 30-day status report, to have the case recalendared.

Respectfully submitted,

By:  /s/ *Ana C. Reyes*
Ana C. Reyes
Melinda K. Johnson
Emma J. Nino[†]
Helen E. White[‡]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
areyes@wc.com

*Counsel for Plaintiff*

By:  /s/ *Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

*Counsel for Defendants*

Dated: September 8, 2021

---

[†] Practice pursuant to LCvR 83.2(g) and supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

[‡] Certification to practice pursuant to LCvR 83.2(g) to be submitted; practice supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[4] *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-3764-TSC |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that this case remain stayed to allow Defendants time to review the Rule at issue in this litigation and engage in the rulemaking process. The parties shall submit a joint status report within 30 days of the date of this order.

SO ORDERED.

Dated: _____   _____
                                                                 Hon. Tanya S. Chutkan
                                                                 United States District Judge

---

[4] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party