UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS FIRST,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-3764-TSC |

**JOINT STATUS REPORT**

On May 7, 2021, the Court continued the stay entered in this case on February 5, 2021, and ordered the parties to file a joint status report by August 9, 2021, and every 30 days thereafter. On September 8, 2021, the Court directed that the case be administratively closed, and subsequently directed the parties to file a joint status report on January 15, 2022, and every 60 days thereafter. The parties have met and conferred by email and agree that these proceedings should remain stayed, so long as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 3:20-cv-09253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 3:20-cv-09258-JD (N.D. Cal. Jan. 8, 2021), remains in place. Both *Pangea Legal Servs.* and *Immigration Equality* are administratively closed with the terms of the preliminary injunction remaining in effect pending further order. *See* ECF No. 97, *Pangea Legal Servs.*, No. 3:20-cv-09253-JD (N.D. Cal. Feb. 4, 2022). In the related case, *Tahirih Justice Center v. Mayorkas*, Civ. A. No. 21-00124 (TSC) (D.D.C.), this Court granted the parties' joint stipulation to hold the case in abeyance so long as the preliminary injunction in *Pangea* and *Immigration Equality* remains in place and the government does not attempt to ratify the Rule.

Per the Court's October 29, 2021 Order, the parties will submit a status report within 60 days—by Tuesday, November 11, 2025—updating the Court on the status of the Rule. This request is without prejudice to either side requesting, prior to the filing of the 60-day status report, to have the case recalendared.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ *Ryan Scarborough* | By: | /s/ *Alanna T. Duong* |
| | Ryan Scarborough | | ALANNA T. DUONG |
| | Emma J. Nino[1] | | Senior Litigation Counsel |
| | WILLIAMS & CONNOLLY LLP | | U.S. Department of Justice, Civil Division |
| | 680 Maine Ave. SW | | P.O. Box 878, Ben Franklin Station |
| | Washington, DC 20024 | | Washington, DC 20044 |
| | Tel: (202) 434-5000 | | Tel. (202) 305-7040 |
| | rscarborough@wc.com | | alanna.duong@usdoj.gov |

*Counsel for Plaintiff*  *Counsel for Defendants*

Dated: September 12, 2025

---

[1] Practice pursuant to LCvR 83.2(g) and supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).